UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Akoi Samolu, | Case No. 18-cv-3157 (WMW/HB) |
| Petitioner, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| Secretary of Homeland Security et al., | |
| Respondents. | |

This matter is before the Court on the March 7, 2019 Report and Recommendation (R&R) of United States Magistrate Judge Hildy Bowbeer. (Dkt. 15.) Because no objections have been filed, this Court reviews the R&R for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Having reviewed the R&R, the Court finds no clear error.

Based on the R&R and all the files, records and proceedings herein, **IT IS HEREBY ORDERED**:

1. The March 7, 2019 R&R, (Dkt. 15), is **ADOPTED**.

2. Petitioner Akoi Samolu's Petition for Writ of Habeas Corpus, (Dkt. 1), is **DISMISSED WITHOUT PREJUDICE**.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: April 2, 2019
                                                                        s/Wilhelmina M. Wright
                                                                        Wilhelmina M. Wright
                                                                        United States District Judge